IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Christopher Wallace, | : | Case No. 3:20-cv-02217-JJH |
| Plaintiff, | : | (Hon. Jeffrey J. Helmick) |
| vs. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Nippon Steel Integrated Crankshaft LLC, *et al.,* | : | |
| | : | |
| Defendants. | | |

The parties hereby agree and stipulate that this matter may be dismissed in its entirety with prejudice, with each party to bear his or its own costs and attorney fees.

                                  IT IS SO STIPULATED

/s/ Daniel S. Dubow
Brian D. Spitz (0068816)
Daniel S. Dubow (0095530)
Attorneys for Plaintiff

/s/ Carrie L. Urrutia
Carrie L. Urrutia (0073874)
Lindsey K. Self (0099647)
Attorneys for Defendants

IT IS SO ORDERED:

  s/ Jeffrey J. Helmick
Hon. Jeffrey J. Helmick

5835252.1